## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

John Poullard
Camp J DOC No. 98999
Louisiana State Prison
Angola LA 70712

## REHEARING ACTION: April 1, 2015

**Docket Number: 14   00890-KH**

**STATE OF LOUISIANA
VERSUS
JOHN POULLARD**

**Writ Application from St. Landry Parish Case No. 86-K-0623**

**BEFORE JUDGES:**

   **Hon. John D. Saunders
   Hon. Marc T. Amy
   Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **John Poullard** has this day been

   **DENIED.**

cc: Earl B. Taylor, Counsel for  the Respondent